# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 8, 2022

Lyle W. Cayce
Clerk

No. 20-61174

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ALVIN CARNAIL CAMPBELL,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CR-47-1

Before WIENER, GRAVES, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

Alvin Campbell appeals the denial of his motion for compassionate release pursuant to the First Step Act. *See* 18 U.S.C. § 3582(c)(1)(A)(i). The district court denied Campbell's motion without the benefit of intervening Fifth Circuit authority. We therefore VACATE the district court's order insofar as it denies compassionate release and REMAND for further

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-61174

consideration in light of *United States v. Shkambi*, 993 F.3d 388 (5th Cir. 2021). We, however, AFFIRM the district court's conclusion that it lacked authority to release Campbell to home confinement. *See* 18 U.S.C. § 3621(b).